■ JOSEPH J. McGUIRE et al., Respondents, v STATE OF NEW YORK et al., Appellants. (Claim No. 95827.) (Appeal No. 1.) [710 NYS2d 287] —Appeal unanimously dismissed without costs (see, Hughes v Nussbaumer, Clarke & Velzy, 140 AD2d 988; see also, Chase Manhattan Bank v Roberts & Roberts, 63 AD2d 566, 567; CPLR 5501 [a] [1]). (Appeal from Order of Court of Claims, Lane, J.—Summary Judgment.) Present—Green, J. P., Hayes, Kehoe and Lawton, JJ.